<u>**CERTIFICATE OF SERVICE**</u>

**Re:** <u>**Angelo Sparacello and Vincenza Ingrao
v. Hillside Auto Mall, Inc., et al.
Civil Action No.: 14 CV 01450(DLI)(SMG)**</u>

STATE OF NEW YORK   )
                    : ss.:
COUNTY OF NASSAU    )

I, JILLIAN GARCIA, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this **APPEARANCE OF COUNSEL** was made on March 24, 2014 by:

XX   Mail service: Regular first class United States mail, postage fully pre-paid, addressed to:

Ahmad Keshavarz, Esq.
THE LAW OFFICES OF AHMAD KESHAVARZ
Attorney for Plaintiffs
**Office & P.O. Address**
16 Court St., 26th Floor
Brooklyn, New York 11241-l026
Phone: (718) 522-7900


Under penalty of perjury, I declare that the foregoing is true and correct.

                                    <u>/s/ Jillian Garcia      </u>
                                        JILLIAN GARCIA

Sworn to before me this
24th day of March, 2014

<u>/s/ Analma Alleyne         </u>
NOTARY PUBLIC
State of New York
No. 01AL6182441
Commission Expires February 25, 2016