## SIMMONS JANNACE, LLP
ATTORNEYS AT LAW
115 EILEEN WAY, SUITE 103
SYOSSET, NEW YORK 11791-5314
(516) 802-0630
FAX (516) 802-0631

Kevin P. Simmons
Steven D. Jannace
Sal F. DeLucaΔ
William T. Collins, III
Stacey Ramis Nigro
―――――――――
Christina L. Anziano*
Candice L. Deaner
George C. Fontana, Jr.
Jacqueline R. Garren
Allison C. Leibowitz
Lauren E. Marron
Marvin N. Romero*
Francesco A. Savoia*
J. Daniel VelezΔ

Counsel
Susan B. Jannace
Ross M. ChinitzΔ

*Also Admitted NJ
ΔAlso Admitted CT

March 24, 2014

The Honorable Dora L. Irizarry
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:  Angelo Sparacello and Vincenza Ingrao v.
         Hillside Auto Mall, Inc., Santander Consumer
         Funding 3 LLC, and Santander Consumer USA
         Docket Number: 14-CV-01450 (DLI-SMG)

Dear District Judge Irizarry:

    This firm has been retained to represent Santander Consumer Funding 3 LLC and Santander Consumer USA (collectively "Santander") in the above-referenced matter.

    Defendant Santander's Answer is due by March 28, 2014.  I have contacted plaintiff's counsel and he has consented to an extension of time for Santander to Answer.  Plaintiff's counsel has consented to April 11, 2014.  This is Santander's first request.

    Thank you for the opportunity to address the Court in connection with this matter.

                           Very truly Yours,

                           /s/ George C. Fontana Jr.

                           George C. Fontana Jr. (GF 1802)

CC:  Ahmad Keshavarz

Ltr to Judge re extension 03-24-14