Index # **14-cv-1450**

Purchased/Filed: March 6, 2014

Attorney(s):

# AFFIDAVIT OF SERVICE - SECRETARY OF STATE

| State of New York | U. S. District Court | Eastern Dist. County |
|---|---|---|

Angelo Sparacello, Vincenza Ingrao,

Plaintiff

against

Santander Consumer Funding 3, LLC, et al.,

Defendant

---

STATE OF NEW YORK ) 
COUNTY OF ALBANY ) SS 
CITY OF ALBANY )

**DESCRIPTION OF PERSON SERVED:**

Approx. Age: 24 Yrs. Weight: 175 Lbs. Height: 6' 1" Sex: Male Color of skin: White Hair color: Brown Other:

_Kyle Warner_, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on March 25, 2014, at 2:36 pm, at the office of the Secretary of State of the State of New York located at 99 Washington Ave, 6th Fl, Albany, New York deponent served Summons in a Civil Action & Complaint

on **Hillside Auto Mall, Inc.**, the Defendant in this action, by delivering to and leaving with Chad Matice, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of 40 dollars; That said service was made pursuant to Section BUSINESS CORPORATION LAW §306.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Sworn to before me on this 25th day of March 2014

PAULA J. COLE 
NOTARY PUBLIC, State of New York 
No. 01CO9042570, Albany County 
Commission Expires September 30, 2014

Kyle Warner

Invoice-Work Order # 1404284