# GRUNWALD & SEMAN, P.C.
### ATTORNEYS AND COUNSELORS AT LAW
100 GARDEN CITY PLAZA
SUITE 203
GARDEN CITY, NEW YORK 11530

TELEPHONE: (516) 248-8889
FACSIMILE: (516) 877-7465
WWW.GSLAWYERS.COM

**MILTON GRUNWALD, ESQ.**  **DIRECT DIAL: (516) 248-8740**
*PARTNER*  **E-MAIL: MG@GSLAWYERS.COM**

October 7, 2014

The Honorable Steven M. Gold
Chief Magistrate Judge
Eastern District of New York
The Theodore Roosevelt Court House
Federal Building and United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

        Re:    **Angelo Sparacello and Vincenza Ingrao v.**
                 **Hillside Automall Inc., Santander Consumer Funding 3 LLC**
                 **And Santander Consumer USA**
                 USDC EDNY
                 Case No: 14-CV-01450 [DLI/SMG]

Dear Magistrate Gold:

      I am counsel to the Defendants, Hillside Automall Inc., Santander Consumer Funding 3 LLC And Santander Consumer USA.

      Plaintiff's counsel, Ahmad Keshavarz, Esq., and the undersigned appeared before, Richard Lutringer, Esq., on Monday, October 6, 2014. Mr. Lutringer served as Mediator, pursuant to the Mediation Instructions of this Court, dated June 20, 2014. The Plaintiff, Vincenza Ingrao, and her son, Angelo Sparacello, Jr., appeared. Raymond Phelan appeared for the Defendants.

      I must report the matter could not be settled with assistance of the Mediator. Unfortunately, he could not bring us to a meeting of the minds as to the law or practical realities of a trial of this case.

      I would respectfully request the matter be set down for a conference to discuss settlement with your assistance. I believe your knowledge and experience in the intricacies of the law and practical realities of operations in this industry could bring the parties to a mutual understanding

      Thank you for your courtesy in this matter.

# GRUNWALD & SEMAN, P.C.

Very truly yours,

GRUNWALD & SEMAN, PC

/s/ Milton Grunwald

By Milton Grunwald, Esq.  (MG 0009)

cc: Ahmad Keshavarz, Esq.

     Gerald P. Lepp, Esq.
     ADR Administer