# GRUNWALD & SEMAN, P.C.
### ATTORNEYS AND COUNSELORS AT LAW
### 100 GARDEN CITY PLAZA
### SUITE 203
### GARDEN CITY, NEW YORK 11530

TELEPHONE: (516) 248-8889
FACSIMILE: (516) 877-7465
WWW.GSLAWYERS.COM

**MILTON GRUNWALD, ESQ.**
**PARTNER**

DIRECT DIAL: (516) 248-8740
E-MAIL: mg@gslawyers.com

October 28, 2014

The Honorable Steven M. Gold
Chief Magistrate Judge
Eastern District of New York
The Theodore Roosevelt Court House
Federal Building and United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

> Re:  **Angelo Sparacello and Vincenza Ingrao v.**
>      **Hillside Automall Inc., Santander Consumer Funding 3 LLC**
>      **And Santander Consumer USA**
>      USDC EDNY
>      Case No: 14-CV-01450 [DLI/SMG]

Dear Magistrate Gold:

I am counsel to the Defendants, Hillside Automall Inc., Santander Consumer Funding 3 LLC And Santander Consumer USA.

The Court was good enough to reschedule a conference from Friday, October 31, 2014 to tomorrow, Wednesday, October 29, 2014 at 11:00 am.

I reached one of the principals yesterday and he advised he was going to be in New Orleans tomorrow through the week. I can only produce one principal for the conference scheduled for tomorrow. This principal will have full authority to settle.

Subject to your consent, Plaintiff's counsel, Ahmad Keshavarz, Esq., has agreed to adjourn the conference for tomorrow

We would respectfully request the conference be adjourned to either November 11 or 13th subject to you availability.

We apologize for this inconvenience.

## GRUNWALD & SEMAN, P.C.

Thank you for your courtesy in this matter.

                          Very truly yours,

                          GRUNWALD & SEMAN, PC

                          /s/ Milton Grunwald

                          By Milton Grunwald, Esq.  (MG 0009)

cc:    Ahmad Keshavarz, Esq.